## Smith *v.* Pittsburgh, Appellant.

Argued November 9, 1970. *Thomas S. White,* Assistant City Solicitor, with him *Ralph Lynch, Jr.,* City Solicitor, for appellant; *Ronald P. Koerner,* with him *Gatz, Cohen & O'Brien,* for appellee.

Judgments affirmed.

## Stevens Unemployment Compensation Case.

Argued November 12, 1970. *Wilbur T. Stevens, Jr.,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *Fred Speaker,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

## Szymanski Unemployment Compensation Case.

Argued November 11, 1970. *Joseph A. Nickleach,* for claimant, appellant; *Sydney Reuben,* Assistant Attorney General, with him *Fred Speaker,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.